NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TEL*LINK CORPORATION,**
*Appellant*

**v.**

**SECURUS TECHNOLOGIES, INC.,**
*Appellee*

---

2016-2135

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00156.

---

## JUDGMENT

---

PAUL ASHLEY AINSWORTH, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by BYRON LEROY PICKARD, LORI A. GORDON, MICHAEL BRADLEY RAY.

JEFFREY BRAGALONE, Bragalone Conroy PC, Dallas, TX, argued for appellee. Also represented by JUSTIN KIMBLE, DANIEL FLETCHER OLEJKO, TERRY SAAD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 19, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |